IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAO LIGHTING, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-690-MN |
| | ) |
| OSRAM SYLVANIA, INC. and | ) |
| LEDVANCE LLC, | ) |
| | ) |
| Defendants. | ) |

**OSRAM SYLVANIA INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant OSRAM SYLVANIA Inc. hereby states the following:

OSRAM SYLVANIA Inc. is a wholly owned subsidiary of OSRAM GmbH. OSRAM GmbH is a partially owned subsidiary of OSRAM BeteiligungenGmbH, which in turn is a wholly owned subsidiary of OSRAM Licht AG, a publicly traded company. The remaining shares of OSRAM GmbH are owned by OSRAM Licht AG directly. ams AG, a publicly traded company, owns more than 10% of the shares of OSRAM Licht AG. No other publicly traded company owns more than 10% of OSRAM SYLVANIA Inc.'s stock.

OF COUNSEL:
Mark A. Hannemann
Patrick R. Colsher
Ahmed E. ElDessouki
Daniel M. Chozick
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
(212) 848-4000
mark.hannemann@shearman.com
patrick.colsher@shearman.com
ahmed.eldessouki@shearman.com
daniel.chozick@shearman.com

Dated: August 12, 2020

/s/ Karen E. Keller
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Nathan Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com

*Counsel for Defendant OSRAM SYLVANIA Inc.*

2