IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAO LIGHTING, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-690-MN |
| | ) |
| OSRAM SYLVANIA, INC., and | ) |
| LEDVANCE LLC, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 5, 2020, the following documents were served on the persons listed below in the manner indicated:

1. OSRAM's Response and Objections to Plaintiff's First Set of Requests for Production

2. OSRAM's Response and Objections to Plaintiff's First Set of Interrogatories

**BY EMAIL**

Chad S.C. Stover
William J. Burton
BARNES & THORNBURG LLP
1000 N. West Street, Suite 1500
Wilmington, DE 19801-1054
(302) 300-3474
chad.stover@btlaw.com
william.burton@btlaw.com

Todd G. Vare
Paul B. Hunt
Jeff M. Barron
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, IN 46204
(317) 236-1313
todd.vare@btlaw.com
paul.hunt@btlaw.com
jeff.barron@btlaw.com

2

OF COUNSEL:
Mark Hannemann
Patrick R. Colsher
Ahmed E. ElDessouki
Daniel M. Chozick
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
(212) 848-4000

Dated: November 6, 2020

*/s/ Karen E. Keller*
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Nathan Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendant OSRAM Sylvania, Inc.*

2