IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAO LIGHTING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 20-690-MN |
| ) | |
| OSRAM SYLVANIA, INC., and ) | |
| LEDVANCE LLC, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 18, 2020, the following document was served on the persons listed below in the manner indicated:

1. OSRAM's First Set of Requests for the Production of Documents and Things to CAO Lighting, Inc.

**BY EMAIL**

Chad S.C. Stover
William J. Burton
BARNES & THORNBURG LLP
1000 N. West Street, Suite 1500
Wilmington, DE 19801-1054
(302) 300-3474
chad.stover@btlaw.com
william.burton@btlaw.com

Todd G. Vare
Paul B. Hunt
Jeff M. Barron
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, IN 46204
(317) 236-1313
todd.vare@btlaw.com
paul.hunt@btlaw.com
jeff.barron@btlaw.com

|  |  |
|---|---|
| OF COUNSEL:<br>Mark Hannemann<br>Patrick R. Colsher<br>Ahmed E. ElDessouki<br>Daniel M. Chozick<br>SHEARMAN & STERLING LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>(212) 848-4000<br><br>Dated: November 18, 2020 | */s/ Andrew E. Russell*<br>Karen E. Keller (No. 4489)<br>Andrew E. Russell (No. 5382)<br>Nathan Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>arussell@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Defendant OSRAM Sylvania, Inc.* |