# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAO LIGHTING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GENERAL ELECTRIC COMPANY, CONSUMER LIGHTING (U.S.), LLC d/b/a GE LIGHTING, and CURRENT LIGHTING SOLUTIONS, LLC, <br><br> Defendants. | C.A. No. 20-681-GBW |
| CAO LIGHTING, INC., <br><br> Plaintiff, <br><br> v. <br><br> OSRAM SYLVANIA, INC. and LEDVANCE LLC, <br><br> Defendants. | C.A. No. 20-690-GBW |

**CAO LIGHTING'S EMERGENCY MOTION TO STRIKE/EXCLUDE DEFENDANTS' NEW, UNPLED, AND UNTIMELY INEQUITABLE CONDUCT CLAIM**

Plaintiff CAO Lighting moves to (1) strike Defendants' new, unpled inequitable conduct claim based on the Lumileds system that they have raised on the eve of the June 14, 2023 bench trial long after the deadline for amended pleadings and the close of fact and expert discovery, and (2) preclude any argument or evidence at the upcoming bench trial or in post-trial briefing relating to such theory. Defendants' last-minute attempt to insert a new inequitable conduct claim into the case should be stricken under Fed. R. Civ. P. 16 as untimely and lacking good cause and improper

1

under Fed. R. Civ. P. 15(b)(2) and L.R. 15.1. In support, a three-page letter brief accompanies this motion.

CAO Lighting requests expedited letter briefing such that this motion will be fully briefed prior to the Final Pretrial Conference set for May 30, 2023. To accomplish this, CAO Lighting proposes that Defendants' Opposition be due on **Thursday, May 25** and that CAO Lighting's Reply be due on **Friday, May 26**. Defendants have agreed to this briefing schedule. *See* Ex. 1 (5/22/23 B. Drummond email) at 2. CAO Lighting also proposes that the parties utilize the letter briefing protocol for motions to strike in Your Honor's patent form scheduling order available at: https://www.ded.uscourts.gov/sites/ded/files/chambers/Rule%2016%20Scheduling%20Order%20-%20Patent%20%28Non-ANDA%29_0.pdf.

Dated:  May 22, 2023              BARNES & THORNBURG LLP

                                  */s/ Chad S.C. Stover*
                                  Chad S.C. Stover (No. 4919)
                                  222 Delaware Ave., Suite 1200
                                  Wilmington, Delaware 19801-1050
                                  Telephone: (302) 300-3474
                                  E-mail: chad.stover@btlaw.com

                                  OF COUNSEL:

                                  Todd G. Vare (admitted *pro hac vice*)
                                  Paul B. Hunt (admitted *pro hac vice*)
                                  Jeff Barron (admitted *pro hac vice*)
                                  Barnes & Thornburg LLP
                                  11 S. Meridian Street
                                  Indianapolis, IN 46204
                                  Telephone: (317) 236-1313
                                  Email: todd.vare@btlaw.com
                                  Email: paul.hunt@btlaw.com
                                  Email: jeff.barron@btlaw.com

Adam M. Kaufmann (admitted *pro hac vice)*
Megan M. New (admitted *pro hac vice)*
One North Wacker Drive, Suite 440
Chicago, IL 60606
Telephone: (312) 214-8319
Email: adam.kaufmann@btlaw.com
Email: megan.new@btlaw.com

Jeffrey C. Morgan (admitted *pro hac vice*)
3340 Peachtree Road NE, Suite 2900
Atlanta, GA 30326
Tel: (404) 264-4015
Email: jeff.morgan@btlaw.com

Ronald Cahill (admitted *pro hac vice*)
Heather B. Repicky (admitted *pro hac vice*)
One Marina Park Drive, Suite 1530
Boston, MA 02210
Telephone: (617) 316-5317 ca
Email: ronald.cahill@btlaw.com
Email: heather.repicky@btlaw.com

*Attorneys for CAO Lighting, Inc.*